No. 94–8580. GUNTER v. ROGERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8610. EISENSTEIN v. EISENSTEIN. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–8664. RIJO-MONTAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8672. GORDON v. UNITED STATES MARSHALS SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8674. AHMAD v. ORTIZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8685. BROWN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8744. JILL V. v. ORANGE COUNTY SOCIAL SERVICES AGENCY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–8757. FOREN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 94–8773. HAMRICK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8794. PETERSEN v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8807. OKOLO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 94–8813. POWELL v. DuCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY. C. A. 9th Cir. Certiorari denied.

No. 94–8870. DOVER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8879. VANDELFT v. MOSES ET AL. C. A. 9th Cir. Certiorari denied.